# United States Court of Appeals
## For the First Circuit

No. 19-2253

UNITED STATES OF AMERICA,

Appellee,

v.

JOSÉ R. ANDINO-MORALES,

Defendant, Appellant.

No. 19-2262

UNITED STATES OF AMERICA,

Appellee,

v.

JOSÉ D. FOLCH-COLÓN,

Defendant, Appellant.

No. 20-1274

UNITED STATES OF AMERICA,

Appellee,

v.

ANIBAL MIRANDA-MONTAÑEZ,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on July 11, 2023, is amended as follows:

On page 31, line 6, change "Andino" to "Folch"

On page 31, line 11, change "Andino" to "Folch"